IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARROWHEAD GENERAL INSURANCE AGENCY, INC.,** | : : : : | **CIVIL ACTION NO. 1:16-CV-1138** |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : : | |
| v. | : : | |
| **LINCOLN GENERAL INSURANCE COMPANY,** | : : : : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of June, 2016, upon consideration of the motion (Doc. 2) for preliminary injunction filed by plaintiff Arrowhead General Insurance Agency, Inc. ("Arrowhead"), and further upon consideration of the hearing held on June 27, 2016 in connection with said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Arrowhead's motion (Doc. 2) for preliminary injunction is GRANTED.

2. Defendant Lincoln General Insurance Company is PRELIMINARILY ENJOINED from drawing upon Irrevocable Standby Letter of Credit No. SLCPPDX04725 in the amount of $500,000.00 issued by U.S. Bank National Association.

3. Arrowhead shall post a bond or appropriate security in the amount of $500,000.00 with the Clerk of Court. See FED. R. CIV. P. 65(c). The directive set forth in Paragraph 2 shall not become effective until this security is posted.

4. The injunction issued in this order shall continue in effect pending resolution of the above-captioned case and the civil proceedings docketed at <u>Arrowhead General Insurance Agency, Inc. v. Lincoln General Insurance Company</u>, No. 1:15-CV-1726.


    /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania