# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARROWHEAD GENERAL INSURANCE AGENCY, INC.,** | CIVIL ACTION NO. 1:16-CV-1138 |
| Plaintiff, | (Chief Judge Conner) |
| v. | |
| **LINCOLN GENERAL INSURANCE COMPANY,** | |
| Defendant | |

# **ORDER**

AND NOW, this 5th day of October, 2016, upon consideration of the motion (Doc. 28) to compel arbitration filed by defendant Lincoln General Insurance Company ("Lincoln General"), and the parties' respective briefs in support of and opposition to said motion (Docs. 29, 30, 32), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 28) to compel arbitration is DENIED.

2. The motion (Doc. 31) to stay arbitration is rendered moot and therefore DISMISSED.

3. To the extent Lincoln General has commenced arbitration proceedings, any such proceedings shall be DISCONTINUED immediately.

4. An order scheduling a case management conference will issue separately.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania